### GENERAL ELECTRIC CO. v. BROWER.

### In re ANDRUS–CUSHING LIGHTING FIXTURE CO.

(Circuit Court of Appeals, Ninth Circuit. March 3, 1915.)

#### No. 2375.

Petition to Revise in Matter of Law an Order of the District Court of the United States for the Southern Division of the Western District of Washington; Edward E. Cushman, Judge.

In the matter of the Andrus-Cushing Lighting Fixture Company. Proceedings by the General Electric Company against C. A. Brower, trustee in bankruptcy. Petition for revision dismissed.

Frank H. Kelley and Ralph Woods, both of Tacoma, Wash., Dolph, Mallory, Simon & Gearin, of Portland, Or., and Charles Neave, of New York City, for petitioner.

G. C. Nolte, of Tacoma, Wash., for respondent.

Before GILBERT and ROSS, Circuit Judges, and WOLVERTON, District Judge.

PER CURIAM. In view of the opinion rendered and filed by this court on February 8, 1915, on the appeal taken in the above-entitled matter in case No. 2449 (221 Fed. 597), in accordance with which opinion a decree of this court was duly filed and entered reversing the judgment of the court below and remanding the cause, with instructions to enter a judgment for the appellant, and this court being of the opinion that the judgment of the court below was properly reviewable by said appeal, and not by the petition for revision herein: It is ordered that the petition for revision in the above-entitled matter be and hereby is dismissed, with costs in favor of the respondent and against the petitioner. It is further ordered that a judgment of dismissal be filed and recorded in the minutes of this court accordingly.